BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-CR-00065-KJN |
| | ) |
| Plaintiff, | ) ORDER VACATING COURT TRIAL AND |
| | ) TRIAL CONFIRMATION HEARING AND |
| v. | ) SETTING A CHANGE OF PLEA |
| | ) |
| CESAR A. PEREZ, | ) |
| | ) |
| Defendant. | ) DATE:  June 30, 2014 |
| | ) TIME:  9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |
| | ) |

It is hereby ordered that the court trial scheduled for June 30, 2014, at 9:00 a.m., and the trial confirmation hearing scheduled for June 11, 2014, at 9:00 a.m., are vacated.  It is further ordered that a change of plea hearing is set for June 25, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  May 12, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1